IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00120-REB-KLM

BENARD TURNER,

    Plaintiff,

v.

MOUNTAIN VIEW POLICE DEPARTMENT,
MOUNTAIN VIEW CHIEF OF POLICE MARK TOTH,
MOUNTAIN VIEW POLICE OFFICER RANDY HURST, in his official capacity,
MOUNTAIN VIEW POLICE OFFICER BRIAN KAUTZ, in his official capacity,
LAKESIDE POLICE DEPARTMENT,
LAKESIDE POLICE SERGEANT HARRIS, in his official capacity,
TOWN OF MOUNTAIN VIEW,
TOWN OF LAKESIDE, and
TOWN OF MOUNTAIN VIEW MAYOR JEFF KIDDIE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Submit [Proposed] Scheduling Order on Behalf of Defendants** [Docket No. 14; Filed March 18, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendants' Proposed Scheduling Order [Docket No. 14-1] is accepted for filing.

    Dated:  March 21, 2011