IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00120-REB-KLM

BENARD TURNER,

      Plaintiff,

v.

MOUNTAIN VIEW POLICE DEPARTMENT,
MOUNTAIN VIEW CHIEF OF POLICE MARK TOTH,
MOUNTAIN VIEW POLICE OFFICER RANDY HURST, in his official capacity,
MOUNTAIN VIEW POLICE OFFICER BRIAN KAUTZ, in his official capacity,
LAKESIDE POLICE DEPARTMENT,
LAKESIDE POLICE SERGEANT HARRIS, in his official capacity,
TOWN OF MOUNTAIN VIEW,
TOWN OF LAKESIDE, and
TOWN OF MOUNTAIN VIEW MAYOR JEFF KIDDIE,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's unopposed **Motion for Leave of Court to File Amended Complaint Pursuant to F.R.C.P. Rule 15** [Docket No. 30; Filed May 9, 2011] (the "Motion").  Plaintiff states in the Motion that a "Proposed Amended Complaint is appended hereto as Attachment 1."  *Motion* [#30] at 2.  However, after reviewing the docket, the Court finds that Plaintiff failed to file a proposed amended complaint.  Because the Court requires a plaintiff seeking leave to amend his complaint to submit a proposed amended complaint,

      IT IS HEREBY **ORDERED** that the Motion [#30] is **DENIED without prejudice**.

      Dated:  May 10, 2011