IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00120-RBJ-KLM

BENARD TURNER,

    Plaintiff,

v.

MOUNTAIN VIEW POLICE DEPARTMENT,
MOUNTAIN VIEW CHIEF OF POLICE MARK TOTH,
MOUNTAIN VIEW POLICE OFFICER RANDY HURST, in his official capacity,
MOUNTAIN VIEW POLICE OFFICER BRIAN KAUTZ, in his official capacity,
LAKESIDE POLICE DEPARTMENT,
LAKESIDE POLICE SERGEANT HARRIS, in his official capacity,
TOWN OF MOUNTAIN VIEW,
TOWN OF LAKESIDE, and
TOWN OF MOUNTAIN VIEW MAYOR JEFF KIDDIE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Mark Toth, Randy Hurst, Brian Kautz, Jeff Kiddie, and the Town of Mountain View's (the "Mountain View Defendants") **Motion for Leave to File Motion to Compel** [Docket No. 43; Filed October 28, 2011] (the "Motion for Leave") and the Mountain View Defendants' **Motion to Compel Plaintiff's Deposition** [Docket No. 44; Filed October 28, 2011] (the "Motion to Compel"). The Mountain View Defendants aver that Plaintiff, proceeding *pro se*, has been largely unresponsive to contact by Defendants' counsel since withdrawal of his own counsel on August 8, 2011.[1] *See Minute Order* [#39]. On October 19, 2011, Plaintiff informed Defendants' counsel that he would not appear at his deposition scheduled for October 24, 2011, because he was continuing to search for legal representation. *See Motion to Compel* [#44] at 4. The Mountain View Defendants further state that they have made numerous attempts since

---

[1] At that time, the Court notified Plaintiff that "he is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court." *Minute Order* [#39] at 1-2. The Court also reminded Plaintiff of upcoming deadlines in his case, including the deadline for completion of all discovery. *See id.* at 2.

-1-

October 19, 2011, to contact Plaintiff to coordinate a telephone hearing on this discovery dispute, but that Plaintiff has been wholly unresponsive. *See Motion for Leave* [#43] at 3-4. The Discovery Deadline in this matter is currently set for October 31, 2011. *See Scheduling Order* [#11] at 10. The Mountain View Defendants request an extension of the Discovery Deadline to November 9, 2011, and a Court order compelling Plaintiff to attend his deposition no later than that date. *See Motion to Compel* [#44] at 6-7. They also request sanctions in connection with Plaintiff's refusal to attend or reschedule his deposition. *See id.* For good cause shown,

IT IS HEREBY **ORDERED** that the Motion for Leave [#43] is **GRANTED**.

IT IS FURTHER **ORDERED** that the Motion to Compel [#44] is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART**.

The Court **GRANTS** the Mountain View Defendants' request that the Scheduling Order [#11] be modified to extend the Discovery Deadline for the sole purpose of taking Plaintiff's deposition. The new Discovery Deadline shall be **November 17, 2011**.

The Court further **GRANTS** the Mountain View Defendants' request to compel Plaintiff's deposition. Plaintiff shall submit to a deposition by Defendants at a mutually convenient time no later than **November 17, 2011**, whether or not he has obtained legal representation.  **Failure to comply with this Order may result in the imposition of sanctions and/or the issuance of a recommendation to dismiss the case**.

Finally, the Court **DENIES WITHOUT PREJUDICE** the Mountain View Defendants' request for sanctions in the form of an award of attorney fees in connection with their attempts to confer and the filing of these Motions. The request fails to comply with D.C.COLO.LCivR 54.3 regarding attorney fees.

IT IS FURTHER **ORDERED**, *sua sponte*, that the Scheduling Order [#11] is further modified to extend the Dispositive Motions Deadline to **December 9, 2011**.

Dated:  October 31, 2011