IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00120-RBJ-KLM

BENARD TURNER,

    Plaintiff,

v.

MOUNTAIN VIEW POLICE DEPARTMENT,
MOUNTAIN VIEW CHIEF OF POLICE MARK TOTH,
MOUNTAIN VIEW POLICE OFFICER RANDY HURST, in his official capacity,
MOUNTAIN VIEW POLICE OFFICER BRIAN KAUTZ, in his official capacity,
LAKESIDE POLICE DEPARTMENT,
LAKESIDE POLICE SERGEANT HARRIS, in his official capacity,
TOWN OF MOUNTAIN VIEW,
TOWN OF LAKESIDE, and
TOWN OF MOUNTAIN VIEW MAYOR JEFF KIDDIE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Joint Motion to Vacate Pre-trial Conference** [Docket No. 53; Filed January 30, 2012] (the "Motion").[1]  Three dispositive motions by Defendants are currently pending before the District Judge.  *See Joint Motion to Dismiss* [#47; Filed December 5, 2011]; *Motion for Summary Judgment* [#49; Filed December 9, 2011]; *Motion for Summary Judgment* [#50; Filed December 9, 2011].  The 21-day period for Plaintiff to respond to each of these motions has elapsed without a response.  On January 17, 2012, the District Judge entered an Order to Show Cause [#52] requiring Plaintiff to respond within fifteen days "as to why this case should not be dismissed for failure to prosecute and failure to comply with a court order."  A response from Plaintiff is due by February 1, 2012.

    Three deadlines are currently pending in this matter: a Final Pretrial Conference set

---

[1] In compliance with their obligations pursuant to D.C.COLO.LCivR 7.1A, Defendants state that they left a voice message for Plaintiff early on January 27, 2012, but Plaintiff had not responded as of January 30, 2012.  *See Motion* [#53] at 2.

for February 9, 2012; a Trial Preparation Conference set for March 9, 2012; and a Jury Trial set for March 19, 2012.  Based on Plaintiff's repeated refusals to attend his deposition and the pending dispositive motions, Defendants request that the Court vacate the Final Pretrial Conference.  In consideration of the Trial Preparation Conference and the Jury Trial, each of which are set by the District Judge and have not been vacated,

IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**.  The Final Pretrial Conference set for February 9, 2012 is **VACATED**.

Dated:  January 31, 2012